# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02561-CNS

C.M.,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Facility, Aurora, Colorado,
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
DAVE VENTURELLA, in his official capacity as Director of U.S. Immigration and Customs Enforcement,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney entered on June 29, 2026, [ECF No. 18] it is

ORDERED that the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF No. 1] is DENIED without prejudice. It is

FURTHER ORDERED that the Motion for a Temporary Restraining Order [ECF No. 4] is DENIED as moot. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 30th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   J. Dynes

J. Dynes, Deputy Clerk